# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| RUTHANN JOHNSTON,<br><br>  Plaintiff<br><br>v.<br><br>C.R. BARD, INC., BARD PERIPHERAL VASCULAR INC.,<br><br>  Defendants | 2:19-cv-01861-APG-BNW<br><br>**Order To Show Cause Why This Case Should Not Be Transferred to the Northern Division of This District** |

Plaintiff is a resident of Yerington, Nevada, which is in Lyon County. ECF No. 36 at 1. Lyon County is in the unofficial Northern Division of this District. *See* Local Rule IA 1-6. Cases are to be filed in the division in which the action allegedly arose. LR IA 1-8(a). I do not know where plaintiff had her surgery to implant the allegedly defective device, but given where she lives the surgery likely occurred in the Northern Division, which would be where the case arose. Thus, it appears this case should be transferred to the Northern Division.

I HEREBY ORDER the plaintiff to explain in writing, supported by reasonable evidence, why this case should remain in the Southern Division of this District. Failure to respond to this order by January 29, 2020 will result in the transfer of this action to the Northern Division.

DATED this 8th day of January, 2020.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE