ERIC W. SWANIS, ESQ.
Nevada Bar No. 6840
GREENBERG TRAURIG, LLP
10845 Griffith Peak Drive, Suite 600
Las Vegas, Nevada 89135
Telephone: (702) 792-3773
Facsimile: (702) 792-9002
Email: swanise@gtlaw.com

CHRISTOPHER J. NEUMANN, ESQ.*
*Admitted Pro Hac Vice*
GREENBERG TRAURIG, LLP
1144 15th Street, Suite 3300
Denver, Colorado 80202
Telephone: (303) 572-6500
Email: neumannc@gtlaw.com

*Counsel for Defendants*

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| RUTHANN JOHNSTON,<br><br>Plaintiff,<br><br>v.<br><br>C. R. BARD, INCORPORATED and BARD PERIPHERAL VASCULAR, INCORPORATED,<br><br>Defendants. | CASE NO. 3:20-cv-00069-MMD-BNW<br><br>**STIPULATION AND ORDER OF DISMISSAL WITHOUT PREJUDICE AS TO DEFENDANTS C. R. BARD, INC. AND BARD PERIPHERAL VASCULAR, INC.** |

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that the above-captioned case be dismissed without prejudice as to Defendants C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., with each party to bear its own costs.

/ / /

/ / /

1

**IT IS SO STIPULATED.**

Dated this 27th day of May 2021.

| DALIMONTE RUEB STOLLER, LLP | GREENBERG TRAURIG, LLP |
|---|---|
| By: */s/ Gregory D. Rueb* | By: */s/ Eric W. Swanis* |
| GREGORY D. RUEB, ESQ. | ERIC W. SWANIS, ESQ. |
| *Admitted Pro Hac Vice* | Nevada Bar No. 6840 |
| 515 S. Figueroa Street, Suite 1550 | 10845 Griffith Peak Drive |
| Los Angeles, California 90071 | Suite 600 |
| greg@drlawllp.com | Las Vegas, Nevada 89135 |
| | |
| BRIAN D. NETTLES, ESQ. | CHRISTOPHER NEUMANN, ESQ.* |
| NETTLES MORRIS | *\*Admitted Pro Hac Vice* |
| 1389 Galleria Drive, Suite 200 | 1144 15th Street, Suite 3300 |
| Henderson, Nevada 89014 | Denver, Colorado 80202 |
| brian@nettlesmorris.com | neumannc@gtlaw.com |
| | |
| *Counsel for Plaintiff* | *Counsel for Defendants* |

**IT IS SO ORDERED.**

_____
**UNITED STATES DISTRICT JUDGE**

Dated this <u>2nd</u> of _____June_____, 2021.

# CERTIFICATE OF SERVICE

I hereby certify that on **May 28, 2021**, I caused the foregoing document to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the CM/ECF participants registered to receive such service.

                                                  */s/ Shermielynn Irasga*
                                        An employee of GREENBERG TRAURIG, LLP